## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE WILL COUNTY LOCAL )
174 CARPENTERS PENSION TRUST FUND )
and WILL COUNTY LOCAL 174 WELFARE )
FUND, )
                                         ) No.08 C 1368
                   Plaintiffs, )
                                         ) Judge Guzman
     v. )
                                         ) Magistrate Judge Brown
BILT RITE TILE INDUSTRIES, INC., )
an Illinois Corporation, )
                                         )
                   Defendant. )

## MOTION FOR ORDER OF DEFAULT AND AUDIT

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ, PHILIP BRZOZOWSKI and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, BILT RITE TILE INDUSTRIES, INC., an Illinois Corporation,

In support thereof, Plaintiffs state as follows:

1.      This case was filed on March 7, 2008.

2.      Defendant was served with Summons and Complaint on March 14, 2008 as shown on the return of service previously filed.

3.      In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiffs move this Court to:

1.      Enter an Order of Default against Defendant.

2.      Order Defendant to submit its records for an audit for the period January 1, 2004 through to the present.

TRUSTEES OF THE WILL COUNTY
LOCAL 174 CARPENTERS, et al.


By:    <u>s/ Philip Brzozowski</u>
        One of Its Attorneys


Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415