IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND,<br><br>                  Plaintiffs,<br><br>  v.<br><br>BILT RITE TILE INDUSTRIES, INC., an Illinois Corporation,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>) No.08 C 1368<br>)<br>) Judge Guzman<br>)<br>) Magistrate Judge Brown<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   Bilt Rite Tile Industries, Inc.              Bilt Rite Tile Industries, Inc.
       c/o its registered agent, Sheldon L. Lebold   c/o its president, Mary Scutoski
       16061 S. 94th Ave.                       170 Chatham Lane
       Orland Hills, IL 60477                    Roselle, IL 60172

**PLEASE TAKE NOTICE** that on **April 17, 2008** at **9:30** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Kocoras, Room 1219** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

                                              TRUSTEES OF THE WILL COUNTY
                                              LOCAL 174 CARPENTERS, et al.


                                              s/ Philip Brzozowski
                                              One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 9th day of April 8, 2008, at or before the hour of 5:00 p.m.

Bilt Rite Tile Industries, Inc.
c/o its registered agent, Sheldon L. Lebold
16061 S. 94th Ave.
Orland Hills, IL 60477

Bilt Rite Tile Industries, Inc.
c/o its president, Mary Scutoski
170 Chatham Lane
Roselle, IL 60172

s/ Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)