UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of the Will County Local 174 Carpenters
Pension Trust Fund, et al.

                                    Plaintiff,

v.                                                      Case No.:
                                                        1:08−cv−01368
                                                        Honorable Ronald
                                                        A. Guzman

Bilt Rite Tile Industries, Inc.

                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 17, 2008:

     MINUTE entry before Judge Honorable Ronald A. Guzman:Defendant not in court. Status hearing held on 4/17/2008. Motion by Plaintiffs Trustees of the Will County Local 174 Carpenters Pension Trust Fund, Will County Local 174 Welfare Fund for order of Default and Audit[9] is granted. Status hearing set for 6/4/2008 at 09:30 AM.Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.