# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1368 | **DATE** | 4/17/08 |
| **CASE TITLE** | TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND, et al vs. BILT RITE TILE INDUSTRIES, INC. | | |

**DOCKET ENTRY TEXT**

Enter default order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: CG