# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Will County Local 174 Carpenters
Pension Trust Fund, et al.

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                      1:08−cv−01368
                                                                      Honorable Ronald
                                                                      A. Guzman

Bilt Rite Tile Industries, Inc.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman: Defendant not in court.
Status hearing held on 7/28/2008. It is hereby ordered that this case is dismissed without
prejudice. Any pending motions are stricken as moot. Civil case terminated. Mailed
notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.